DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## ALLEN CO. v. QUIP-MATIC, INC.

No. 303 PC

Case below: 47 NC App 40

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 16 September 1980. Motion of defendant to dismiss appeal for lack of jurisdiction allowed 16 September 1980.

## BAER v. DAVIS

No. 398 PC

Case below: 47 NC App 581

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 16 September 1980.

## BATTEN v. BATTEN

No. 406 PC

Case below: 48 NC App 225

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980.

## BD. OF EDUCATION v. SHAVER PARTNERSHIP

No. 263 PC

No. 106 (Fall Term)

Case below: 46 NC App 573

Petition by defendant for discretionary review under G.S. 7A-31 allowed 15 August 1980.

## BROOKS v. INDUSTRIES, INC.

No. 397 PC

Case below: 48 NC App 225

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980.